# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 15, 2013

### NO. 03-13-00231-CV

**J. T., Appellant**

**v.**

**Department of Family and Protective Services, Appellee**

---

**APPEAL FROM 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

---

**THIS CAUSE** came on to be heard on the record of the court below, and the same being

considered, because it is the opinion of this Court that there was no error in the district court's

order: **IT IS THEREFORE** considered, adjudged and ordered that the order of the district court

is in all things affirmed. It **FURTHER** appearing that the appellant is indigent and unable to pay

costs, that no adjudication as to costs is made; and that this decision be certified below for

observance.